# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Tarrell K. Little Bear, | ) | |
| | ) | Case No. 1:12-cr-037 |
| Defendant. | ) | |

Upon the verbal request of the Government, the "Petition for Warrant or Summons for Offender Under Supervision" filed on August 5, 2016, is **DISMISSED** and the arrest warrant for defendant is **QUASHED**.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court